Russell D. Garrett, OSB # 882111
JORDAN RAMIS PC
Two Centerpointe Drive, Suite 600
Lake Oswego, OR 97035
Telephone: (503) 598-7070
Fax: (503) 598-7373
        Attorney for Plaintiff Richard Smith


IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re | Case No. 20-60085-tmr13 |
| JASON WRIGHT<br>ROXANNE WRIGHT, | Adv. Proc. Case No. |
| Debtors. | COMPLAINT FOR EXCEPTION TO DISCHARGE FOR WILLFUL OR MALICIOUS INJURY UNDER 11 U.S.C. § 1328(a)(4); AND FOR DAMAGES FOR CRIMINAL RESTITUTION FOR WILLFUL OR MALICIOUS INJURY UNDER 11 U.S.C. §11 U.S.C. § 1328(a)(3) |
| RICHARD SMITH, | |
| Plaintiff, | |
| v. | |
| JASON WRIGHT, | |
| Defendant. | |

Plaintiff Richard Smith alleges as follows:

## JURISDICTION, VENUE, AND AUTHORITY

1.

This action is for claims pursuant to 11 U.S.C. § 1328(a)(3) and 1328(a)(4). The claims

under Claims 1 and 2 are core proceeding under 28 U.S.C. § 157(b)(2)(I), and this court has

jurisdiction under 28 U.S.C. § 1334.

/ / /

Page 1 - COMPLAINT FOR EXCEPTION TO
DISCHARGE FOR WILLFUL OR MALICIOUS INJURY
UNDER 11 U.S.C. § 1328(a)(4); AND FOR DAMAGES
FOR CRIMINAL RESTITUTION FOR WILLFUL OR
MALICIOUS INJURY UNDER 11 U.S.C. §11 U.S.C.
§ 1328(a)(3)

JORDAN RAMIS PC
Attorneys at Law
Two Centerpointe Drive, Suite 600
Lake Oswego, OR 97035
Telephone: (503) 598-7070 Fax: (503) 598-7373

2.

Venue is appropriate in the District of Oregon pursuant to 28 U.S.C. § 1409.

3.

This court has constitutional authority to enter a final order or judgment in this proceeding.

## **PARTIES**

4.

Plaintiff Richard Smith (hereinafter "Plaintiff") has standing as a creditor to bring this action.

5.

Defendant Jason Wright (hereinafter "Defendant") and his wife Roxanne Wright voluntarily filed a Chapter 13 bankruptcy case on January 15, 2020.

## **FACTUAL ALLEGATIONS**

6.

In the early morning hours of August 23, 2016, Plaintiff and Defendant were at the Seattle-Tacoma International Airport in King County, Washington.

7.

Plaintiff and Defendant each arrived at the airport on a red eye flight from Los Angeles.

8.

Upon arrival, Plaintiff and Defendant were riding within the same train car of the Satellite Transit System (STS), the automated train system that moves people between the main terminal of the airport and the north and south terminals.

/ / /

Page 2 - COMPLAINT FOR EXCEPTION TO DISCHARGE FOR WILLFUL OR MALICIOUS INJURY UNDER 11 U.S.C. § 1328(a)(4); AND FOR DAMAGES FOR CRIMINAL RESTITUTION FOR WILLFUL OR MALICIOUS INJURY UNDER 11 U.S.C. §11 U.S.C. § 1328(a)(3)

JORDAN RAMIS PC
Attorneys at Law
Two Centerpointe Drive, Suite 600
Lake Oswego, OR 97035
Telephone: (503) 598-7070 Fax: (503) 598-7373

4811-9981-3560.2

Case 20-06021-tmr    Doc 1    Filed 05/01/20

9.

As the train doors closed, Defendant sat at the end of the train car and made noises, kicked the train car wall, and looked menacingly at Plaintiff.

10.

Based on Defendant's strange and intimidating behavior, Plaintiff became fearful for his safety. Plaintiff noticed that there were no security cameras on the train, so Plaintiff started video-recording Defendant with his cell phone camera.

11.

When Defendant noticed that Plaintiff was recording him, Defendant angered and started flipping off Plaintiff.

12.

Defendant charged Plaintiff to snatch Plaintiff's mobile phone. Defendant cut off the video by knocking the mobile phone to the ground.

13.

Plaintiff sustained significant injuries during the incident, requiring medical attention and eventually surgery on his shoulder.

14.

Plaintiff's mobile phone was also broken in the incident.

15.

Defendant's actions were the proximate cause of Plaintiff's injuries, to include special and general damages to be proven at the time of trial.

/ / /

/ / /

Page 3 - COMPLAINT FOR EXCEPTION TO DISCHARGE FOR WILLFUL OR MALICIOUS INJURY UNDER 11 U.S.C. § 1328(a)(4); AND FOR DAMAGES FOR CRIMINAL RESTITUTION FOR WILLFUL OR MALICIOUS INJURY UNDER 11 U.S.C. §11 U.S.C. § 1328(a)(3)

JORDAN RAMIS PC
Attorneys at Law
Two Centerpointe Drive, Suite 600
Lake Oswego, OR 97035
Telephone: (503) 598-7070 Fax: (503) 598-7373

## ASSAULT

### 16.

Defendant's actions described herein constituted an attempted by Defendant to cause apprehension by Plaintiff of a harmful or offensive contact.

### 17.

By his actions, Defendant intended to interfere with Plaintiff's personal integrity.

### 18.

Plaintiff's apprehension was reasonable.

### 19.

Defendant's actions caused harm to Plaintiff.

## BATTERY

### 20.

Defendant's actions described herein resulted in contact with Plaintiff's mobile phone and person.

### 21.

Defendant's contact with Plaintiff was harmful or offensive.

### 22.

Defendant intended to bring about harmful or offensive contact as indicated by the circumstances described herein.

### 23.

Defendant's harmful or offensive contact with Plaintiff's mobile phone or person caused Plaintiff injury.

*/ / /*

JORDAN RAMIS PC
Attorneys at Law
Two Centerpointe Drive, Suite 600
Lake Oswego, OR 97035
Telephone: (503) 598-7070 Fax: (503) 598-7373

For its first claim for relief against Defendant Jason Wright, Plaintiff alleges:

## First Claim for Relief Against Defendant Jason Wright

## 11 U.S.C. § 1328(a)(4)

## (Willful or Malicious Injury in a Civil Matter)

24.

Plaintiff realleges paragraphs 1 - 23 and incorporates them herein by this reference.

25.

Defendant is subject to a pending lawsuit in Superior Court for the State of Washington for King County, Case No. 18-2-20840-8 KNT (hereinafter "King County Litigation"), a copy of the Amended Complaint is attached hereto as Exhibit 1 and incorporated herein by this reference. On or about January 15, 2020 Jason and Roxanne Wright filed a voluntary Chapter 13 bankruptcy in case number 20-60085-tmr13.

26.

The King County Litigation is a civil action by Plaintiff against Defendant for claims that are willful or malicious in a civil matter.

27.

Plaintiff's claims in the King County Litigation are not subject to the discharge pursuant to 11 U.S.C. § 1328(a)(4).

For its second claim for relief against Defendant Jason Wright, Plaintiff alleges:

## Second Claim for Relief Against Defendant Jason Wright

## 11 U.S.C. § 1328(a)(3)

## (Restitution or Criminal Fine)

Page 5 - COMPLAINT FOR EXCEPTION TO
DISCHARGE FOR WILLFUL OR MALICIOUS INJURY
UNDER 11 U.S.C. § 1328(a)(4); AND FOR DAMAGES
FOR CRIMINAL RESTITUTION FOR WILLFUL OR
MALICIOUS INJURY UNDER 11 U.S.C. §11 U.S.C.
§ 1328(a)(3)

JORDAN RAMIS PC
Attorneys at Law
Two Centerpointe Drive, Suite 600
Lake Oswego, OR 97035
Telephone: (503) 598-7070 Fax: (503) 598-7373

28.

Plaintiff realleges and incorporates by reference paragraphs 1 - 26 and incorporates them herein by this reference.

29.

As a consequence of Defendants actions towards Plaintiff on or about August 23, 2016, Defendant has been charged with certain crimes in King County Superior Court.

30.

As a consequence of the criminal action against Defendant, the King County Court in the criminal case may order restitution or criminal fine as part of a sentence on Defendant's conviction of one or more crimes.

31.

Restitution or fines awarded in the King County Superior Court criminal matter are not subjection to the discharge under 11 U.S.C. § 1328(1)(3).

WHEREFORE, Plaintiff prays for relief against Defendant as follows:

1.      On Plaintiff's First Claim for Relief, an order declaring that all damages awarded in the King County Superior Court civil case, also known as the King County Litigation, is excepted from discharge pursuant 11 U.S.C. § 1328(a)(4);

2.      On Plaintiff's Second Claim for Relief for an order that any restitution or criminal fine ordered in King County Superior Court criminal matter is excepted from the discharge pursuant to 11 U.S.C. § 1328(a)(3);

/ / /

/ / /

/ / /

JORDAN RAMIS PC
Attorneys at Law
Two Centerpointe Drive, Suite 600
Lake Oswego, OR 97035
Telephone:  (503) 598-7070 Fax:  (503) 598-7373

3.      For Plaintiff's costs and disbursements incurred herein; and

4.      For such further relief as the court deems just and equitable.

Dated this 1st day of May, 2020.

JORDAN RAMIS PC


By: */s/ Russell D. Garrett*
    Russell D. Garrett, OSB # 882111
    Two Centerpointe Drive, Suite 600
    Lake Oswego, OR 97035
    Telephone:  (503) 598-7070
    Facsimile:  (503) 598-7373
    E-mail:  russ.garrett@jordanramis.com
    Attorney for Plaintiff Richard Smith

Page 7 - COMPLAINT FOR EXCEPTION TO
DISCHARGE FOR WILLFUL OR MALICIOUS INJURY
UNDER 11 U.S.C. § 1328(a)(4); AND FOR DAMAGES
FOR CRIMINAL RESTITUTION FOR WILLFUL OR
MALICIOUS INJURY UNDER 11 U.S.C. §11 U.S.C.
§ 1328(a)(3)

JORDAN RAMIS PC
Attorneys at Law
Two Centerpointe Drive, Suite 600
Lake Oswego, OR 97035
Telephone:  (503) 598-7070 Fax:  (503) 598-7373

SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR KING COUNTY

RICHARD L. SMITH,

                Plaintiff,

    v.

JASON M. WRIGHT,

                Defendant.

NO.  18-2-20840-8 KNT

PLAINTIFF RICHARD SMITH'S
<u>AMENDED</u> COMPLAINT FOR
DAMAGES

COMES NOW, Plaintiff Richard Smith, by and through his undersigned counsel of record alleges as follows:

## I.    INCORPORATION

By way of this reference, each paragraph contained herein is incorporated as support for each paragraph which follows.

## II.    PARTIES

2.1    Plaintiff, Richard L. Smith, (hereinafter "Plaintiff") was at all relevant times hereto a resident of Snohomish County, Washington.

2.2    Defendant, Jason M. Wright, was a resident of King County, Washington at all times relevant and material to this complaint. Upon information and belief,

PLAINTIFF RICHARD SMITH'S <u>AMENDED</u>
COMPLAINT - 1 of 6

**SOUND INJURY LAW**
1218 Third Avenue, Suite 1000
Seattle, WA 98101
(206) 257-6535
www.soundinjury.law

Exhibit 1
Page 1 of 6

Case 20-06021-tmr   Doc 1   Filed 05/01/20

Defendant Wright is presently a resident of Medford, Oregon.

## I.     JURISDICTION AND VENUE

2.1     The Superior Courts of Washington have original subject matter jurisdiction of this matter pursuant to the Constitution of the State of Washington, Article IV, § 6, and RCW 4.28.185(1)(b).

2.2     Venue is proper in King County Superior Court, pursuant to RCW 4.12.020, because the cause of action herein arose in King County, Washington.

## II.     STATEMENT OF FACTS

2.1     In the early morning hours of August 23, 2016, Plaintiff Richard Smith and Defendant Jason Wright were at the Seattle-Tacoma International Airport in King County, Washington.

2.2     Plaintiff and Defendant each arrived at the airport on a red eye flight from Los Angeles.

2.3     Upon arrival, Plaintiff and Defendant were riding within the same train car of the Satellite Transit System (STS), the automated train system that moves people between the main terminal of the airport and the north and south terminals.

2.4     As the train doors closed, Mr. Wright sat at the end of the train car and made noises, kicked the train car wall, and looked menacingly at Mr. Smith.

2.5     Based on Mr. Wright's strange and intimidating behavior, Mr. Smith became fearful for his safety. He noticed that there were no security cameras on the train, so Mr. Smith started video-recording Mr. Wright with his cell phone camera.

2.6     When Mr. Wright noticed that Mr. Smith was recording him, Mr. Wright angered and started flipping off Mr. Smith.

PLAINTIFF RICHARD SMITH'S <u>AMENDED</u>
COMPLAINT - 2 of 6

**SOUND INJURY LAW**
1218 Third Avenue, Suite 1000
Seattle, WA 98101
(206) 257-6535
www.soundinjury.law

Exhibit 1
Page 2 of 6

Case 20-06021-tmr     Doc 1     Filed 05/01/20

2.7   Mr. Wright charged at Mr. Smith to snatch Mr. Smith's mobile phone. Mr. Wright cut off the video by knocking the mobile phone to the ground.

2.8   Mr. Wright then fought with Mr. Smith, holding Mr. Smith in a headlock, wrenching his right arm, and hitting his head and body. Mr. Smith was unable to move and unable to reach his mobile phone.

2.9   Mr. Smith sustained significant injuries during the incident, requiring medical attention and eventually surgery on his shoulder.

2.10   Mr. Smith's mobile phone was also broken in the incident.

2.11   Mr. Wright's actions were the proximate cause of Mr. Smith's injuries, to include special and general damages to be proven at the time of trial.

### III.   CAUSE OF ACTION: NEGLIGENCE

3.1   Defendant Wright owed a duty of ordinary care to refrain from causing injury to others.

3.2   Specifically, Defendant Wright owed a duty to conduct himself in manner so as not to injure Mr. Smith while attempting to stop Mr. Smith's mobile phone from recording video.

3.3   Furthermore, Defendant Wright owed a duty to not to injure Mr. Smith in his struggle to regain control of his mobile phone.

3.4   Mr. Wright breached these duties of ordinary care by injuring Mr. Smith while attempting to prevent Mr. Smith from recording video on his mobile phone.

3.5   Mr. Wright's breaches proximately caused harm to Mr. Smith.

3.6   Specifically, Mr. Smith sustained physical, psychological, and emotional damages as a result of the August 23, 2016, incident.

PLAINTIFF RICHARD SMITH'S <u>AMENDED</u>
COMPLAINT - 3 of 6

**SOUND INJURY LAW**
1218 Third Avenue, Suite 1000
Seattle, WA  98101
(206) 257-6535
www.soundinjury.law

Exhibit 1
Page 3 of 6
Case 20-06021-tmr    Doc 1    Filed 05/01/20

**IV.    CAUSE OF ACTION: GROSS NELIGENCE**

2      4.1    Defendant Wright owed a duty of care to refrain from injuring others.

3      4.2    Specifically, Defendant Wright owed a duty to conduct himself in manner

4    so as not to injure Mr. Smith while attempting to stop Mr. Smith's mobile phone from

5    recording video.

6      4.3    Furthermore, Defendant Wright owed a duty to not to injure Mr. Smith in

7    his struggle to regain control of his mobile phone.

8      4.4    Mr. Wright breached these duties by failing to exercise even slight care

9    when he injured Mr. Smith in his attempts to prevent Mr. Smith from recording video

10    on his mobile phone.

11      4.5    Mr. Wright exercised substantially less than ordinary care.

12      4.6    Mr. Wright's breaches of care proximately caused harm to Mr. Smith.

13      4.7    Specifically, Mr. Smith sustained physical, psychological, and emotional

14    damages as a result of the August 23, 2016, incident.

15    **V.    CAUSE OF ACTION: ASSAULT**

16      5.1    Mr. Wright's actions described herein constituted an attempt by Mr.

17    Wright to cause apprehension by Mr. Smith of a harmful or offensive contact.

18      5.2    By his actions, Mr. Wright intended to interfere with Mr. Smith's personal

19    integrity.

20      5.3    Mr. Smith's apprehension was reasonable.

21      5.4    Mr. Wright's actions caused harm to Mr. Smith.

22    **VI.    CAUSE OF ACTION: BATTERY**

23      6.1    Mr. Wright actions described herein resulted in contact Mr. Smith's

---

PLAINTIFF RICHARD SMITH'S <u>AMENDED</u>
COMPLAINT - 4 of 6

**SOUND INJURY LAW**
1218 Third Avenue, Suite 1000
Seattle, WA  98101
(206) 257-6535
www.soundinjury.law

Exhibit 1
Page 4 of 6

Case 20-06021-tmr    Doc 1    Filed 05/01/20

1    mobile phone and person.

2        6.2    Mr. Wright's contact with Mr. Smith was harmful or offensive.

3        6.3    Mr. Wright intended to bring about harmful or offensive contact as

4    indicated by the circumstances described herein.

5        6.4    Mr. Wright's harmful or offensive contact with Mr. Smith's mobile phone

6    or person caused Mr. Smith injury.

7                        **VII.    PRAYER FOR RELIEF**

8        WHEREFORE, Plaintiff prays for Judgment against Defendant:

9        7.1    Awarding Plaintiff both non-economic and economic damages to be

10   proven at trial;

11       7.2    Awarding Plaintiff reasonable attorney's fees and costs as available

12   under law;

13       7.3    Awarding Plaintiff any and all applicable interest on the judgment; and

14       7.4    Awarding Plaintiff such other and further relief as the Court deems just

15   and proper under the circumstances of this case.

16       DATED this 30th day of July, 2019.

17                        SOUND INJURY LAW PLLC

18                        By s/ John C. Hardie
19                            John C. Hardie, WSBA No. 50594
                             jch@soundinjury.law

20

21

22

23

PLAINTIFF RICHARD SMITH'S <u>AMENDED</u>              **SOUND INJURY LAW**
COMPLAINT - 5 of 6                              1218 Third Avenue, Suite 1000
                                                   Seattle, WA  98101
                                                    (206) 257-6535
                                                  www.soundinjury.law

Exhibit 1
Case 20-06021-tmr    Doc 1    Filed 05/01/20                    Page 5 of 6

1

**CERTIFICATE OF SERVICE**

2          I HEREBY CERTIFY that on Tuesday, July 30, 2019, I sent for delivery a true
    and correct copy of the foregoing Notice of Court Date, **Plaintiff Richard Smith's**
3   **Amended Complaint** by the method indicated below, and addressed to the
    following:

4

5   Jason Wright

6   3537 South Fork Little Butte Creek Rd.
    Eagle Point, OR 97524

7

    Brittany C. Ward
8   Mix Sanders Thompson, PLLC
    1420 Fifth Ave., Ste. 2200
9   Seattle, WA 98101

10

| | |
|---|---|
| | U.S. MAIL |
| X | LEGAL MESSENGER<br><br>(Mr. Wright) |
| X | E-SERVICE<br><br>(Ms. Ward) |
| | HAND DELIVERED |
| | EXPRESS DELIVERY |
| | FACSIMILE |

11

12

13

14

15

16          s/ John C. Hardie
            JOHN C. HARDIE

17

18

19

20

21

22

23

PLAINTIFF RICHARD SMITH'S <u>AMENDED</u>
COMPLAINT - 6 of 6

**SOUND INJURY LAW**
1218 Third Avenue, Suite 1000
Seattle, WA 98101
(206) 257-6535
www.soundinjury.law

Exhibit 1
Page 6 of 6